UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Glenn Keller, an Arizona resident,<br><br>    Plaintiff,<br><br>v.<br><br>Farwest Pump Company, an Arizona company; Channa Vaught, an Arizona resident; Clark Vaught, an Arizona resident,<br><br>    Defendants. | No. 4:16-cv-00583-LAB<br><br>**ORDER** |

    Upon considering the parties' Joint Motion to Approve Settlement Agreement and Release and for good cause and compelling reasons appearing,

    IT IS HEREBY ORDERED that the motion is granted and the Parties' Settlement Agreement and Release (the "Agreement") for the compromise and dismissal of this matter is hereby approved. (Doc. 15)

    IT IS FURTHER ORDERED that this matter is hereby dismissed with prejudice, with each party bearing its own attorneys' fees and costs.

    The Clerk is instructed to close this case.

    Dated this 25th day of May, 2017.

*Leslie A. Bowman*
Leslie A. Bowman
United States Magistrate Judge